UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   ERICK ROBINSON                §         Case No.: 08-15045
         LANISE ROBINSON               §
                                       §
         Debtor(s)                     §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/12/2008.

2) This case was confirmed on 08/20/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/09/2010.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/03/2010.

5) The case was completed on 11/08/2011.

6) Number of months from filing to the last payment: 41

7) Number of months case was pending: 46

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    34,500.00

10) Amount of unsecured claims discharged without payment $   29,754.83

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 13,607.30 |
| Less amount refunded to debtor | $ 602.58 |
| **NET RECEIPTS** | $ 13,004.72 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,500.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 804.10 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,304.10 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COUNTRYWIDE HOME LOA | SECURED | 124,767.00 | .00 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | NA | .00 | 2,697.23 | 2,697.23 | .00 |
| HSBC MORTGAGE SVCS I | SECURED | 41,584.00 | 41,649.20 | .00 | .00 | .00 |
| HSBC MORTGAGE SVCS I | SECURED | .00 | 700.97 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 1,764.00 | 1,870.48 | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED | 15,000.00 | .00 | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | UNSECURED | 9,575.00 | 19,447.15 | 19,447.15 | 1,944.72 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,700.00 | 3,171.00 | 3,171.00 | 3,171.00 | .00 |
| AVON PRODUCTS | UNSECURED | 165.00 | NA | NA | .00 | .00 |
| EAST BAY FUNDING | UNSECURED | 133.00 | 136.80 | 136.80 | 13.68 | .00 |
| CIRCUIT CITY | UNSECURED | 766.00 | 730.36 | 730.36 | 73.04 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 800.00 | 770.00 | 770.00 | 77.00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 550.00 | 403.48 | 403.48 | 40.35 | .00 |
| RCN CHICAGO | UNSECURED | 189.00 | NA | NA | .00 | .00 |
| PATHOLOGY ASSOCIATES | UNSECURED | 251.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,241.00 | 2,241.35 | 2,241.35 | 224.14 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 811.00 | 831.69 | 831.69 | 83.17 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,723.00 | 1,723.34 | 1,723.34 | 172.33 | .00 |
| EVERGREEN EMERGENCY | UNSECURED | 178.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 290.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,254.00 | 1,253.55 | 1,253.55 | 125.36 | .00 |
| NCO MEDCLR | UNSECURED | 331.00 | NA | NA | .00 | .00 |
| NCO MEDCLR | UNSECURED | 660.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
================================================================================
 Scheduled Creditors:

 Creditor                       Claim           Claim          Claim        Principal       Int.
   Name            Class       Scheduled       Asserted       Allowed         Paid          Paid

 NICOR GAS          UNSECURED   2,000.00          NA             NA            .00           .00
 TRANSWORLD SYSTEMS UNSECURED     393.00          NA             NA            .00           .00
 GE MONEY BANK      OTHER           NA            NA             NA            .00           .00
 HSBC MORTGAGE SVCS I OTHER         NA            NA             NA            .00           .00
 CIRCUIT CITY       SECURED         NA          149.21           .00           .00           .00
 COUNTRYWIDE HOME LOA OTHER         NA            NA             NA            .00           .00
 INTERNAL REVENUE SER UNSECURED     NA          571.00         571.00        57.10           .00
 ROBERT J SEMRAD & AS PRIORITY      NA            .00          21.50         21.50           .00
================================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 2,697.23 | 2,697.23 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 2,697.23 | 2,697.23 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 3,192.50 | 3,192.50 | .00 |
| **TOTAL PRIORITY:** | 3,192.50 | 3,192.50 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 28,108.72 | 2,810.89 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 4,304.10 |
| Disbursements to Creditors | $ | 8,700.62 |
| **TOTAL DISBURSEMENTS:** | $ | 13,004.72 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   03/29/2012                                            /s/ Tom  Vaughn
                                                               Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**